# United States District Court
# Violation Notice

CVB Location Code: U34

| Violation Number | Officer Name | Officer No. |
| --- | --- | --- |
| F0ID0025 | Wise | 2625 |

F0ID0025

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
| --- | --- |
| 11/29/2025 13:51 | FED 36CFR261.13 |

Place of Offense
SR150 near Provo river overlook

Offense Description: Factual Basis for Charge
Driving a motor vehicle in violation of the MVUM

HAZMAT ☐

## DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
| --- | --- | --- |
| Williams | Ryan | M |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
| --- | --- | --- | --- |
| | | | |

| Drivers License No. | CDL | D.L. State | Social Security No. |
| --- | --- | --- | --- |
| | ☐ | | |

| ☐ Adult ☐ Juvenile | Sex ☐ M ☐ F | Race | Hair | Eyes | Height | Weight |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | |

## VEHICLE

VIN:

CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
| --- | --- | --- | --- | --- | --- |
| 88HJ4 | UT | | JEEP/WRANGLER | ☐ | WHI |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | |
| --- | --- |
| $ 250.00 | Forfeiture Amount |
| $ 30.00 | Processing Fee |
| $ 280.00 | Total Collateral Due |

PAY THIS AMOUNT

## YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address

Date (mm/dd/yyyy)

Time (hh:mm)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt.I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete Original - CVB Copy FS-5300-4 (7/05)

F0ID0025

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 11/29/2025 while exercising my duties as a law enforcement officer in the ______ District of UT

Pursuant to 16USC 551: 36 CFR 261.13
I state that on November 29, 2025 at approximately 13:51 hours while exercising my duties in the Judicial District of Utah, I, Law Enforcement Officer Wise, assigned to the Heber-Kamas Ranger District on the Uinta-Wasatch-Cache National Forest, visually observed while patrolling SR150, a vehicle parked on an illegal route after the Provo River overlook. The road is posted at its entry points with "No Motor Vehicles" signs on wooden poles. The only way the vehicle could have gotten to its location was by driving past a “No Motor Vehicle” sign. I approached the vehicle and found a white Jeep Wrangler was driving back out of the road past the “no motor vehicles” sign. I checked the vehicle for a Christmas Tree permits because there was a tree on the roof and found they had a valid permit but had failed to attach it to the tree or validate it. I asked what way they had come in and they said the same way they were going out. They said they initially parked and went to cut the tree. It was only later when they needed to transport the tree that they drove past the sign onto the road to retrieve the tree they cut. I told them they had driven right by a "No Motor Vehicles" sign and told them this road was only for snowmobiles and snow traffic, which meant they were illegally operating their vehicles on the road. I obtained the drivers Utah license which identified him as Ryan WILLIAMS.
I issued a citation to WILLIAMS for violation of the MVUM and gave him a warning for not validating or attaching his permit to his tree prior to transportation. I obtained his phone number and verified his address verbally. I recorded the interaction on my Axon Bodycam 4.

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/29/2025 ______________________
Date (mm/dd/yyyy) Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident